UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

ALLEN MIDDLETON and CHRISTINE MIDDLETON
    Debtors

Case 14-43048
Chapter 13

NOTICE OF PRE-CONFIRMATION CHAPTER 13
MODIFICATION OF PLAN

To: Gregory Burrell, Chapter 13 Trustee, and all parties in interest:

    PLEASE TAKE NOTICE THAT on November 6, 2014, at 10:30 A.M., before the Honorable Michael Ridgway, Courtroom 7 West, 300 South Fourth Street, Minneapolis, MN 55415, the Court will hold a hearing on the proposed modified plan of the above-named debtors. A copy of the modified plan is attached.


Dated:10/8/2014                    Barbara J. May
                                   Barbara J. May
                                   2780 N. Snelling
                                   Arden Hills, MN  55126
                                   651-486-8887
                                   Attorney ID 129689

**Form 3015-1 - Chapter 13 Plan**
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

_____

| | |
|---|---|
| In re: | CHAPTER 13 PLAN |
| **ALLEN MIDDLETON** | |
| **CHRISTINE MIDDLETON** | Dated:   **10/01/2014** |
| Debtor | Case No.   **14-43048** |
| *In a joint case,* | |
| *debtor means debtors in this plan.* | |

_____

*AMENDED 10/1/2014*

1. **DEBTOR'S PAYMENTS TO TRUSTEE --**

   a. As of the date of this plan, the debtor has paid the trustee _____.

   b. After the date of this plan, the debtor will pay the trustee _____**$850.00**_____ per _____**month**_____ for _____**60 months**_____, beginning within 30 days after the order for relief for a total of _____**$51,000.00**_____. The minimum plan length is
      ☐ 36 or   ☑ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.

   c. The debtor will also pay the trustee _____

   d. The debtor will pay the trustee a total of _____**$51,000.00**_____ [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE --** The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or ____**$5,100.00** [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)] --** The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor | Monthly Payment | Number of Months | Total Payments |
|---|---|---|---|
| TOTAL | | | $0.00 |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365] --** The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

| Creditor | Description of Property |
|---|---|

5. **CLAIMS NOT IN DEFAULT --** Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| Creditor | Description of Claim |
|---|---|
| **BMW BANK OF NORTH AMERICA** | **LEASEHOLD INTEREST BMW, 9 PAYMENTS REMAIN AT $7** |
| **SETERUS** | **3912 MONTEREY AVE, ST LOUIS PARK, MN** |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)] --**The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors wil retain liens. ALL FOLLOWING ENTRIES ARE ESTIMATES. The trustee will pay the actual amounts of default.

| Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| TOTAL | | | | | $0.00 |

_____

| UNITED STATES BANKRUPTCY COURT | Case No: | 14-43048 | Chapter 13 Plan |
|---|---|---|---|
| DISTRICT OF MINNESOTA | Debtor(s): | **ALLEN MIDDLETON** | |
| MINNEAPOLIS DIVISION | | **CHRISTINE MIDDLETON** | |

7. **CLAIMS IN DEFAULT [§ 1322(b)(3) and (5) and § 1322(e)]** -- The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. ALL FOLLOWING ENTRIES ARE ESTIMATES, EXCEPT FOR INTEREST RATE.

| Creditor / Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| TOTAL | | | | | $0.00 |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** -- The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor / Claim Amount | Secured Claim | Int. Rate | Beg. in Month # | (Monthly Payment) | x | (Number of Payments) | = | Payments on Account of Claim | + | (Adequate Protection from ¶ 3) | = | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | | | | | | $0.00 |

9. **PRIORITY CLAIMS** -- The trustee will pay in full all claims entitled to priority under § 507, including the following. THE AMOUNTS LISTED ARE ESTIMATES. The trustee will pay the amounts actually allowed.

| Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Attorney Fees | | | | | |
| b. Domestic Support | | | | | |
| c. IRS **INTERNAL REVENUE SERVICE** | $36,612.00 | Pro-Rata | 1 | 58 | $36,612.00 |
| d. MN Dept. of Rev. **MINNESOTA DEPARTMENT OF REVENUE** | $7,360.67 | Pro-Rata | 1 | 58 | $7,360.67 |
| e. Other: | | | | | |
| f. TOTAL | | | | | $43,972.67 |

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** -- In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows: **See below**
The trustee will pay the allowed claims of the following creditors. ALL ENTRIES BELOW ARE ESTIMATES.

| Creditor / Description | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | $0.00 |

11. **TIMELY FILED UNSECURED CREDITORS** -- The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately **$1,927.33** [line 1(d) minus lines 2, 6(d), 7(d), 8(d), 9(f) and 10(c)].

   a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are **$0.00**.

   b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are **$97,395.82**.

   c. Total estimated unsecured claims are **$97,395.82** [line 11(a) + line 11(b)].

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT | Case No: 14-43048 | **Chapter 13 Plan** |
| DISTRICT OF MINNESOTA | Debtor(s): **ALLEN MIDDLETON** | |
| MINNEAPOLIS DIVISION | **CHRISTINE MIDDLETON** | |

**12.    TARDILY-FILED UNSECURED CREDITORS --** All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10, or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claims were tardily filed.

**13.    OTHER PROVISIONS --** The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.

**LIEN STRIP**

14. TREATMENT OF JUNIOR MORTGAGE HELD BY GREAT SOUTHERN BANK

This plan treats any claim of Great Southern Bank, successor of Inter Savings Bank, as unsecured in its entirety, notwithstanding this second mortgage in favor of Great Southern Bank. This second mortgage was originally executed on April 23, 2008, originally to Inter Bank. The mortgage was recorded May 9, 2008, against Debtor's residential real property legally described as LOT 4, BLOCK 10, MINIKAHDA VISTA, ST. LOUIS PARK, MINNESOTA, TOGETHER WITH DRIVEWAY EASEMENT OVER FOLLOWING PREMISES: COMMENCING AT THE NORTHEAST CORNER OF LOT 5, BLOCK 10, MINIKAHDA VISTA ADDITION, WEST ALONG THE NORTH LINE OF SAID LOT 5 A DISTANCE OF NINETY-SEVEN (97) FEET, THENCE SOUTH A DISTANCE OF FOUR FEE; TNECE EAST ALONG A LINE PARALLEL TO THE NORTH LINE OF SAID LOT A DISTANCE OF NINETY SEVEN FEET, THENCE NORTH FOUR FEET ALONG THE EAST LINE OF SAID LOT 6 TO THE POINT OF BEGINNING, ALL IN HENNEPIN COUNTY, MN. Inter Bank failed on April 27, 2012, and this mortgage was assigned to Great Southern Bank by the FDIC.

This debt was charged off by Great Southern in May, 2012

Contemporaneously with the Hearing on the Confirmation of this plan, Debtor has brought a motion pursuant to 11 U.S.C. 506, Fed.R.Bankr.P. 3012, and Local Rule 3012-1, to determine the value of this secured claim of Great Southern Bank.

Upon a finding by the bankruptcy court that the value of the Debtor's homestead is less than the balance owed on the senior mortgage held by Citimortgage, the claim held by the junior mortgagee Great Souther Mortgage, will be unsecured in its entirety pursuant to 11 U.S.C. §506(a), and the Trustee should treat the claim as unsecured for purposes of plan administration. In the event Great Southern Bank, or any future assignee or servicer, has not released this lien after completion of the plan and within 60 days of the Trustee's Final Accounting, Debtor may seek supplemental relief under 3012-1(f).

**GREAT LAKES HIGHER EDUCATION**

TRUSTEE WILL PAY THIS STUDENT LOAN CLAIM

**CENTER FOR ENERGY AND ENVIRONMENT**

THIS $10,000 MORTGAGE WAS PAID IN FULL IN 2013 AND CREDITOR HAS NOT YET RELEASED THEIR MORTGAGE. TRUSTEE WILL PAY NOTHING ON A CLAIM IF ONE IS FILED.

**BONUSES**

BOTH DEBTORS SHALL REPORT THE RECEIPT OF ANY BONUSES TO THE CHAPTER 13 TRUSTEE AND SHALL NOT SPEND THOSE BONUSES WITHOUT PERMISSION FROM THE TRUSTEE

| UNITED STATES BANKRUPTCY COURT | Case No: | 14-43048 | **Chapter 13 Plan** |
|---|---|---|---|
| DISTRICT OF MINNESOTA | Debtor(s): | **ALLEN MIDDLETON** | |
| MINNEAPOLIS DIVISION | | **CHRISTINE MIDDLETON** | |

**Surrender of Tax Refund to Trustee**

The debtor shall send the Trustee each year during the Chapter 13 Plan copies of her federal and state income tax returns at the time they are filed. The debtor shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case and shall be entitled to retain the first $2,000.00 plus any earned income credit (EIC). Any remaining amounts shall be turned over to the Chapter 13 plan as additional plan payment.

14. **SUMMARY OF PAYMENTS --**

| | |
|---|---:|
| Trustee's Fee [Line 2] | **$5,100.00** |
| Home Mortgage Defaults [Line 6(d)] | **$0.00** |
| Claims in Default [Line 7(d)] | **$0.00** |
| Other Secured Claims [Line 8(d)] | **$0.00** |
| Priority Claims [Line 9(f)] | **$43,972.67** |
| Separate Classes [Line 10(c)] | **$0.00** |
| Unsecured Creditors [Line 11] | **$1,927.33** |
| **Total [must equal Line 1(d)]** | **$51,000.00** |

Insert Name, Address, Telephone and License Number of Debtor's Attorney:
BARBARA J MAY
Bar no. 129689
Barbara J. May Attorney at Law
2780 N. Snelling
Suite 102
Roseville, MN   55113
(651) 486-8887

**/s/ ALLEN MIDDLETON**
**ALLEN MIDDLETON**
*Debtor*

**/s/ CHRISTINE MIDDLETON**
**CHRISTINE MIDDLETON**
*Debtor (if joint case)*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In Re:

**MIDDLETON, ALLEN**
**MIDDLETON, CHRISTINE**

Debtor(s).

**SIGNATURE DECLARATION**

Case No. 14-43048

- __ PETITION, SCHEDULES & STATEMENTS
- _x_ CHAPTER 13 PLAN
- __ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
- __ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
- _X_ MODIFIED CHAPTER 13 PLAN
- __ OTHER Conversion to Chapter 7

I, (We), the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

* The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or Chapter 13 Plan, as indicated above, is true and correct;
* The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
* **(Individual debtors only)** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
* I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or Chapter 13 Plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
* **(Corporate and partnership debtors only)** I have been authorized to file this petition on behalf of the debtor.

Date: 10-8-14

x /s/ Allen Middleton
Signature of Debtor and Authorized Representative

x /s/ Christine Middleton
Signature of Joint Debtor

Allen Middleton
Printed Name of Debtor or Authorized Representative

Christine Middleton
Printed Name of Joint Debtor

| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) SS | Case No.: BKY 14-43048 |
| COUNTY OF RAMSEY | ) | |

Barbara J. May, being duly sworn upon oath, says that on the 8th day of October, 2014, she served via US Mail, the

modified chapter 13 plan

U.S. Trustee
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

GREGORY BURRELL
310 PLYMOUTH BULDING
12 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA 55415

**Seterus, Inc.**
Jay Hamilton Memmot, President
14523 SW Millikan Way #200
Beaverton, Ohio 97005

| | |
|---|---|
| **Center for Energy and Environment**<br>Shelden Strom<br>212 3rd Avenue North, Suite 560<br>Minneapolis, MN 55401 | **Another copy of the lien strip motion**<br>was attached |
| Dan Nelson, attorney for Great Southern Bank<br>910 East St. Louis Street<br>Suite 100<br>Springfield, MO 65806-2523 | Another copy of the lien strip motion<br>was served with this modified plan. |
| **Lawrence P Zielke**<br>Shapiro & Zielke LLP<br>12550 West Frontage Road<br>Suite 200<br>Burnsville, MN 55337 | Another copy of the lien strip motion<br>was attached |

all creditors on attached matrix

   /e/ Barbara J. May

Debtor(s): ALLEN MIDDLETON
CHRISTINE MIDDLETON

Case 14-43048    Doc 23    Filed 10/08/14    Entered 10/08/14 15:05:58    Desc Main
                          Case No: 14-43048
                          Chapter: 13
                          Document    Page 8 of 11

DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

QUEST DIAGNOSTICS
2269 SAWMILL RD
ELMSFORD, NY  10523

WELLS FARGO BANK NV
PO BOX 3117
WINSTON SALEM, NC 27101


RAUSCH, STURM, ISRAEL AND HORNI
3209 W 76TH ST SUITE 301
MPLS, MN  55435


SETERUS
ATTN:  BANKRUPTCY DEPARTMENT
PO BOX 2206
GRAN RAPIDS, MI  49501


SPECIALISTS IN INTERNAL MEDICIN
920 E 28TH ST #740
MPLS, MN  55407


TWIN CITIES THERAPY
527 S Marquette Ave
Minneapolis, MN 55402


TWIN CITY ORTHOPEDICS
PO BOX 9188
MPLS, MN  55480


UNITED RECOVERY SYSTEMS
PO BOX 630339
HOUSTON TX 77263


UPN
PO BOX 2489
WHITE CITY, OREGON  97503


VIVERANT
7815 3RD ST M SUITE 203
OAKDALE, MN  55128


WELLS FARGO BANK
PO BOX 14517
DES MOINES, IOWA 50306

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-4<br>Case 14-43048<br>District of Minnesota<br>Minneapolis<br>Wed Oct  8 14:36:03 CDT 2014 | Great Southern Bank<br>Lathrop & Gage LLP<br>c/o Dan Nelson<br>910 E. St. Louis, Suite 100<br>Springfield, MO 65806-2506 | Seterus, Inc. as the authorized subservicer<br>14523 SW Millikan Way<br>Suite 200<br>Beaverton, OR 97005-2352 |
| Minneapolis<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | ALLINA HEALTH<br>PO BOX 77008<br>MPLA, MN 55480-7708 | AMERICAN ACCOUNTS & ADVISERS, INC<br>7460 80TH ST S<br>COTTAGE GROVE, MN 55016-3007 |
| AMERICAN EXPRESS<br>CUSTOMER SERVICE &<br>BILLING INQUIRIES<br>PO BOX 981535<br>EL PASO TX  79998-1535 | AMERICAN MED COLLECTION AGENCY<br>2269 S. SAWMILL RIVER RD<br>BLDG 3<br>ELMSFORD, NY 10523-3848 | American InfoSource LP as agent for<br>First Data Global Leasing<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| BMW BANK OF NORTH AMERICA<br>PO BOX 16075<br>READING, PA  19612 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | BMW Financial Services NA, LLC<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT  84130-0285 | CARDMEMBER SERVICE<br>PO BOX 94012<br>PALATINE, IL 60094-4012 | CENTURYLINK<br>PO BOX 4300<br>CAROL STREAM, IL 60197-4300 |
| CHASE<br>CUSTOMER SERVICE<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHEROKEE REGIONAL MEDICAL CENTER<br>300 SIOUX VALLEY DRIVE<br>CHEROKEE, IOWA 51012-1205 | COMENITY<br>PO BOX 182273<br>COLUMBUS, OHIO 43218-2273 |
| CONSULTING RADIOLOGIST LTD<br>825 NICOLLET MALL SUITE 1500<br>MPLS, MN 55402-2701 | Charlie Hofstrom/Brian Duren<br>15 Magnolia Lane No.<br>Plymouth, MN 55441-5707 | Children's Hospital - Minneapolis<br>SDS 12-1580 PO Box 86<br>Minneapolis, MN  55486-1580 |
| DISCOVER<br>PO BOX 30421<br>SALT LAKE CITY UT 84130-0421 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | GC SERVICES<br>PO BOX 3026<br>HOUSTON TX 77253-3026 |
| GREAT LAKES HIGHER EDUCATION<br>PO BOX 7859<br>MADISON, WI 53707-7859 | GREAT SOUTHERN BANK<br>13601 80TH CIRCLE N<br>MAPLE GROVE, MN 55369-8906 | GREEN HORIZONS<br>6980 OXFORD ST, STE 220<br>MPLS, MN 55426-4523 |
| HSBC<br>CARDMEMBER SERVICES<br>PO BOX 5894<br>CAROL STREAM  IL 60197-5894 | INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | JC CHRISTENSEN<br>PO BOX 519<br>SAUK RAPIDS, MN 56379-0519 |

| | | |
|---|---|---|
| LAKE POINTE CHIROPRACTOR<br>5000 WEST 36TH ST SUIT 120<br>MPLS, MN 55416-2775 | MAYO CLINIC ROCHESTER<br>PO BOX 4004<br>ROCHESTER, MN 55903-4004 | MINNESOTA DEPARTMENT OF REVENUE<br>551 BANKRUPTCY SECTION<br>PO BOX 64447<br>ST PAUL MN 55164-0447 |
| MN DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64447<br>ST PAUL MN 55164-0447 | NATIONS RECOVERY CENTER INC<br>PO BOX 620130<br>ATLANTA, GA 30362-2130 | NORTHLAND GROUP<br>PO BOX 390857<br>EDINA, MN 55439 |
| NORTHSTAR LOCATION SERVICES<br>ATTN: FINANCIAL SERVICES DEPT<br>4285 GENESEE ST<br>CHEEKTOWAGA, NY 14225-1943 | Northwest Anesthesia, PA<br>Anesthesiologists<br>14700 28th Ave N., Suite 20<br>Plymouth, MN 55447-4876 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PROFESSIONAL SERVICE BUREAU<br>4725 36TH AVE N<br>MPLS., MN 55422-2169 | QUEST DIAGNOSTICS<br>2269 SAWMILL RD<br>ELMSFORD, NY 10523-3832 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| RAUSCH, STURM, ISRAEL AND HORNIK<br>3209 W 76TH ST SUITE 301<br>MPLS, MN 55435-5246 | SETERUS<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 2206<br>GRAN RAPIDS, MI 49501-2206 | SPECIALISTS IN INTERNAL MEDICINE<br>920 E 28TH ST #740<br>MPLS, MN 55407-1163 |
| Seterus, Inc. as the authorized subservicer<br>PO Box 2206<br>Grand Rapids, MI 49501-2206 | TWIN CITIES THERAPY<br>527 S Marquette Ave<br>Minneapolis, MN 55402-1302 | TWIN CITY ORTHOPEDICS<br>PO BOX 9188<br>MPLS, MN 55480-9188 |
| UNITED RECOVERY SYSTEMS<br>PO BOX 630339<br>HOUSTON TX 77263-0339 | UPN<br>PO BOX 2489<br>WHITE CITY, OREGON 97503-0489 | US Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison WI 53708-8973 |
| US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | VIVERANT<br>7815 3RD ST M SUITE 203<br>OAKDALE, MN 55128-5443 | WELLS FARGO BANK<br>PO BOX 14517<br>DES MOINES, IOWA 50306-3517 |
| WELLS FARGO BANK NV<br>PO BOX 3117<br>WINSTON SALEM, NC 27102-3117 | WELLS FARGO BANK, N.A.<br>PO BOX 10438<br>MAC: X2505-036<br>DES MOINES, IA 50306-0438 | ALLEN MIDDLETON<br>3912 MONTEREY AVE<br>ST LOUIS PARK, MN 55416-5052 |
| Barbara J May<br>Barbara J May Attorney at Law<br>2780 Snelling Ave N<br>Ste 102<br>Roseville, MN 55113-7115 | CHRISTINE MIDDLETON<br>3912 MONTEREY AVE<br>ST LOUIS PARK, MN 55416-5052 | Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402-1210 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH 43016 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12903<br>NORFOLK, VA  23541 | End of Label Matrix<br>Mailable recipients   59<br>Bypassed recipients    0<br>Total                 59 |