Form 3015-1 - Chapter 13 Plan

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Allen Middleton
Christine Middleton

DEBTOR
*In a joint case,
debtor means debtors in this plan.*

CHAPTER 13 PLAN – MODIFIED

Dated: **April 1, 2017**

Case No. **14-43048**

1. **DEBTOR'S PAYMENTS TO THE TRUSTEE** —
   a. As of the date of this plan, the debtor has paid the trustee $ **42,008.81**.
   b. After the date of this plan, the debtor will pay the trustee $ **450.00** per **Month** for **28** months, beginning April, 2017 for a total of $ **12,600.00**. The minimum plan payment length is __ 36 or **X** 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
   c. The debtor will also pay the trustee.
   d. The debtor will pay the trustee a total of $ **12,600.00** from the date of modification.

2. **PAYMENTS BY TRUSTEE** — The trustee will pay from available funds only creditors for which proof of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **1,260.00**, [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** — The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

   | Creditor | Monthly Payment | Number of Months | Total Payments |
   |---|---|---|---|
   | -NONE- | $ | | $ |
   | a. TOTAL | | | $ 0.00 |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** — The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

   | Creditor | Description of Property |
   |---|---|
   | -NONE- | |

5. **CLAIMS NOT IN DEFAULT** — Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

   | Creditor | Description of Property |
   |---|---|
   | a. Seterus | 3912 Monterey Av., St. Louis Park, MN |
   | b. BMW Bank of North America | Lease term expired & vehicle returned to BMW |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** — The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates.* The trustee will pay the actual amounts of default.

   | Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
   |---|---|---|---|---|---|
   | -NONE- | $ | $ | | | $ |
   | a. TOTAL | | | | | $ 0.00 |

7. **CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e) ]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay for the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate.*

| Creditor | Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number Payment | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| | $ | | $ | | | $ |

a. TOTAL                                                                                               $ _____

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int. Rate | Beg. in Mo. # | (Monthly Pmnts) x | (No. of Pmnts) = | Pmnts on Account of Claim + | (Adq. Prot. from ¶ 3) = | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | $ | $ | | | $ | | $ | $ | $ |

a. TOTAL                                                                                               $ _____

9. **PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates.* The trustee will pay the amounts actually allowed.

| Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| IRS | $ 36,612.36* | prorata | | | 5,342.52 |
| * $21,447.23 paid to date | | | | | |
| MN Revenue | $ 7,360.67** | prorata | | | 1,074.08 |
| **$4,311.82 paid to date | | | | | |
| Barbara J. May | $ 4649.80*** | | | | 2,723.80 |
| Lauri A. Schmid | 750.00 | | 1 | 2 | 750.00 |
| ***paid in full | | | | | |

a. TOTAL                                                                                    $    9,890.40

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows:  **-NONE-**
    The trustee will pay the allowed claims of the following creditors. *All entries below are estimates.*

| Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | $ |

a. TOTAL                                                                                    $        0.00

11. **TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **1,449.60** [line 1(d) minus lines 2, 6(a), 7(a), 8(a), 9(c) and 10(a)].
    a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **0.00**.
    b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **356,558.88**.
    c. Total estimated unsecured claims are $ **356,558.88** [line 11(a) + line 11(b)].

12. **TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10 or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. OTHER PROVISIONS —
a. Tax Refunds:  The debtor(s) shall provide the trustee each year during the Chapter 13 plan copies of their federal and state income tax returns at the time they are filed. The debtors shall also promptly report to the trustee the receipt of any federal and state tax refunds for the duration of this Chapter 13 case and shall be entitled to retain the first $2,000 plus any earned income credit (EIC) for a joint case. Any remaining amounts shall be turned over to the Chapter 13 Trustee as additional plan payments.
b. **LIEN STRIP:**
   TREATMENT OF JUNIOR MORTGAGE HELD BY GREAT SOUTHERN BANK

   This plan treats any claim of Great Southern Bank, successor of Inter Savings Bank, as unsecured in its entirety, notwithstanding this second mortgage in favor of Great Southern Bank. This second mortgage was originally executed on April 23, 2008, originally to Inter Bank. The mortgage was recorded May 9, 2008, against Debtor's residential real property legally described as LOT 4, BLOCK 10, MINIKAHDA VISTA, ST. LOUIS PARK, MINNESOTA, TOGETHER WITH DRIVEWAY EASEMENT OVER FOLLOWING PREMISES: COMMENCING AT THE NORTHEAST CORNER OF LOT 5, BLOCK 10, MINIKAHDA VISTA ADDTION, WEST ALONG THE NORTH LINE OF SAID LOT 5 A DISTANCE OF NINETY-SEVEN (97) FEET, THENCE SOUTH A DISTANCE OF FOUR FEET; THENCE EAST ALONG A LINE PARALLEL TO THE NORTH LINE OF SAID LOT A DISTANCE OF NINETY SEVEN FEET (97), THENCE NORTH FOUR FEET ALONG THE EAST LINE OF SAID LOT 6 TO THE POINT OF BEGINNING, ALL IN HENNEPIN COUNTY, MN. Inter Bank failed on April 27, 2012, and this mortgage was assigned to Great Southern Bank by the FDIC.

   This debt was charged off by Great Southern Bank in May, 2012

   Contemporaneously with the Hearing on the Confirmation of this plan, Debtor has brought a motion pursuant to 11 U.S.C.506, Fed.R.Bankr.P. 3012, and Local Rule 3012-1, to determine the value of this secured claim of Great Southern Bank.

   Upon a finding by the bankruptcy court that the value of the Debtor's homestead is less than the balance owed on the senior mortgage held by Citimortgage, the claim held by the junior mortgagee Great Southern Mortgage, will be unsecured in its entirety pursuant to 11 U.S.C. §506(a), and the Trustee should treat the claim as unsecured for purposes of plan administration. In the event Great Southern Bank, or any future assignee or servicer, has not released this lien after completion of the plan and within 60 days of the Trustee's Final Accounting, Debtor may seek supplemental relief under 3012-1(f).
c. **GREAT LAKES HIGHER EDUCATION:**
   TRUSTEE WILL PAY THIS STUDENT LOAN CLAIM
d. **CENTER FOR ENERGY AND ENVIRONMNET:**
   THIS $10, 000 MORTGAGE WAS PAID IN FULL IN 2013 AND CREDITOR HAS NOT YET RELEASED THEIR MORTGAGE.TRUSTEE WILL PAY NOTHING ON A CLAIM IF ONE IS FILED.
e. **BONUSES:**
   BOTH DEBTORS SHALL REPORT THE RECEIPT OF ANY BONUSES TO THE CHAPTER 13 TRUSTEE AND SHALL NOT SPEND THOSE BONUSES WITHOUT PERMISSION FROM THE TRUSTEE
f. **BMW BANK OF NORTH AMERICA:** The Leasehold interest in the BMW has expired and the vehicle has been turned into the creditor.  Any deficiency claimed by the creditor shall be paid as an unsecured claim by the trustee.

14.    SUMMARY OF PAYMENTS —

| | |
|---|---:|
| Trustee's Fee [Line 2] | $ 1,260.00 |
| Home Mortgage Defaults [Line 6(a)] | $ 0.00 |
| Claims in Default [Line 7(a)] | $ 0.00 |
| Other Secured Claims [Line 8(a)] | $ 0.00 |
| Priority Claims [Line 9(a)] | $ 9,890.40 |
| Separate Classes [Line 10(a)] | $ 0.00 |
| Unsecured Creditors [Line 11] | $ 1,449.60 |
| **TOTAL [must equal Line 1(d)]** | $ 12,600.00 |

*Insert Name, Address, Telephone and License Number of Debtor's Attorney:*
**Lauri Ann Schmid 00276935**
**Dougherty, Molenda, Solfest, Hills & Bauer P.A.**
**14985 Glazier Avenue, Suite 525**
**Apple Valley, MN 55124**
**9529538843**
**00276935**

Signed  **/s/ Allen Middleton**
**Allen Middleton**
DEBTOR

**/s/ Christine Middleton**
**Christine Middleton**
DEBTOR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  ALLEN MIDDLETON<br>CHRISTINE MIDDLETON | CASE NO: 14-43048<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge: Michael E. Ridgway<br>Hearing Location: Courtroom 7 West 300 S 4th St Minneapolis MN 55415.<br>Hearing Date: 06/06/17<br>Hearing Time: 10:30 am<br>Response Date: 06/01/17 |

On 5/9/2017, I did cause a copy of the following documents, described below,

Amended Summary of Schedules Schedules I/J Modified Plan and Signature Declaration,

Notice of Hearing on Modified Plan Memo of Facts and Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 5/9/2017

/s/ Lauri Ann Schmid
Lauri Ann Schmid  0276935
Dougherty Molenda Solfest Hills & Bauer P.A.
14985 Glazier Avenue Suite 525
Apple Valley, MN  55124
952 953 8843
lschmid@dmshb.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ALLEN MIDDLETON<br>CHRISTINE MIDDLETON | CASE NO: 14-43048<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge: Michael E. Ridgway<br>Hearing Location: Courtroom 7 West 300 S 4th St Minneapolis MN 55415.<br>Hearing Date: 06/06/17<br>Hearing Time: 10:30 am |

On 5/9/2017, a copy of the following documents, described below,

Amended Summary of Schedules Schedules I/J Modified Plan and Signature Declaration,

Notice of Hearing on Modified Plan Memo of Facts and Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/9/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dougherty Molenda Solfest Hills & Bauer P.A.
Lauri Ann Schmid
14985 Glazier Avenue Suite 525
Apple Valley, MN  55124

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1  LABEL MATRIX FOR LOCAL NOTICING<br>08644<br>CASE 14-43048<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>TUE MAY 9 11-06-22 CDT 2017 | 2  FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION<br>CO ROSICKI ROSICKI  ASSOCIATES PC<br>51 EAST BETHPAGE ROAD<br>PLAINVIEW NY 11803-4224 | 3  GREAT SOUTHERN BANK<br>LATHROP  GAGE LLP<br>CO DAN NELSON<br>910 E ST LOUIS SUITE 100<br>SPRINGFIELD MO 65806-2506 |
| 4  SETERUS INC AS THE AUTHORIZED SUBSERVICER<br>14523 SW MILLIKAN WAY<br>SUITE 200<br>BEAVERTON OR 97005-2352 | *EXCLUDE*<br>5  ~~MINNEAPOLIS~~<br>~~301 US COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS MN 55415 1320~~ | 6  ALLINA HEALTH<br>PO BOX 77008<br>MPLA MN 55480-7708 |
| 7  AMERICAN ACCOUNTS  ADVISERS INC<br>7460 80TH ST S<br>COTTAGE GROVE MN 55016-3007 | 8  AMERICAN EXPRESS<br>CUSTOMER SERVICE<br>BILLING INQUIRIES<br>PO BOX 981535<br>EL PASO TX 79998-1535 | 9  AMERICAN MED COLLECTION AGENCY<br>2269 S SAWMILL RIVER RD<br>BLDG 3<br>ELMSFORD NY 10523-3848 |
| 10  AMERICAN EXPRESS BANK FSB<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 11  AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIRST DATA GLOBAL LEASING<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 | 12  BMW BANK OF NORTH AMERICA<br>PO BOX 16075<br>READING PA 19612 |
| 13  BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | 14  BMW FINANCIAL SERVICES NA LLC<br>CO ASCENSION CAPITAL GROUP<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 | 15  CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| 16  CARDMEMBER SERVICE<br>PO BOX 94012<br>PALATINE IL 60094-4012 | 17  CENTURYLINK<br>PO BOX 4300<br>CAROL STREAM IL 60197-4300 | 18  CHASE<br>CUSTOMER SERVICE<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| 19  CHEROKEE REGIONAL MEDICAL CENTER<br>300 SIOUX VALLEY DRIVE<br>CHEROKEE IOWA 51012-1205 | 20  COMENITY<br>PO BOX 182273<br>COLUMBUS OHIO 43218-2273 | 21  CONSULTING RADIOLOGIST LTD<br>825 NICOLLET MALL SUITE 1500<br>MPLS MN 55402-2701 |
| 22  CHARLIE HOFSTROMBRIAN DUREN<br>15 MAGNOLIA LANE NO<br>PLYMOUTH MN 55441-5707 | 23  CHILDRENS HOSPITAL  MINNEAPOLIS<br>SDS 121580 PO BOX 86<br>MINNEAPOLIS MN 55486-1580 | 24  DISCOVER<br>PO BOX 30421<br>SALT LAKE CITY UT 84130-0421 |
| 25  DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | 26  FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>CO SETERUS INC<br>ATTN- BANKRUPTCY DEPARTMENT<br>PO BOX 1047<br>GRAN RAPIDS MI 49501-1047 | 27  FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>CO SETERUS INC<br>PO BOX 1047<br>HARTFORD CT 06143-1047 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28  GC SERVICES                          29  GREAT LAKES HIGHER EDUCATION        30  GREAT SOUTHERN BANK
    PO BOX 3026                              PO BOX 7859                             13601 80TH CIRCLE N
    HOUSTON TX 77253-3026                    MADISON WI 53707-7859                   MAPLE GROVE MN 55369-8906




31  GREEN HORIZONS                       32  GREAT SOUTHERN BANK                 33  HSBC
    6980 OXFORD ST STE 220                   CO DAN R NELSON                         CARDMEMBER SERVICES
    MPLS MN 55426-4523                       LATHROP  GAGE LLP                       PO BOX 5894
                                             910 EAST ST LOUIS SUITE 100             CAROL STREAM IL 60197-5894
                                             SPRINGFIELD MO 65806-2506




34  INTERNAL REVENUE SERVICE             35  JC CHRISTENSEN  ASSOC               36  LAKE POINTE CHIROPRACTOR
    INSOLVENCY SECTION                       PO BOX 519                              5000 WEST 36TH ST SUIT 120
    PO BOX 7346                              SAUK RAPIDS MN 56379-0519               MPLS MN 55416-2775
    PHILADELPHIA PA 19101-7346




37  MAYO CLINIC ROCHESTER                38  MINNESOTA DEPARTMENT OF REVENUE     39  MN DEPT OF REVENUE
    PO BOX 4004                              551 BANKRUPTCY SECTION                  BANKRUPTCY SECTION
    ROCHESTER MN 55903-4004                  PO BOX 64447                            PO BOX 64447
                                             ST PAUL MN 55164-0447                   ST PAUL MN 55164-0447




40  NATIONS RECOVERY CENTER INC          41  NORTHLAND GROUP                     42  NORTHSTAR LOCATION SERVICES
    PO BOX 620130                            PO BOX 390857                           ATTN FINANCIAL SERVICES DEPT
    ATLANTA GA 30362-2130                    EDINA MN 55439                          4285 GENESEE ST
                                                                                     CHEEKTOWAGA NY 14225-1943




43  NORTHWEST ANESTHESIA PA              44  PORTFOLIO RECOVERY ASSOCIATES LLC   45  PROFESSIONAL SERVICE BUREAU
    ANESTHESIOLOGISTS                        PO BOX 41067                            4725 36TH AVE N
    14700 28TH AVE N SUITE 20                NORFOLK VA 23541-1067                   MPLS MN 55422-2169
    PLYMOUTH MN 55447-4876




46  QUEST DIAGNOSTICS                    47  QUANTUM3 GROUP LLC AS AGENT FOR     48  RAUSCH STURM ISRAEL AND HORNIK
    2269 SAWMILL RD                          COMENITY BANK                           3209 W 76TH ST SUITE 301
    ELMSFORD NY 10523-3832                   PO BOX 788                              MPLS MN 55435-5246
                                             KIRKLAND WA 98083-0788




49  SPECIALISTS IN INTERNAL MEDICINE     50  TWIN CITIES THERAPY                 51  TWIN CITY ORTHOPEDICS
    920 E 28TH ST 740                        527 S MARQUETTE AVE                     PO BOX 9188
    MPLS MN 55407-1163                       MINNEAPOLIS MN 55402-1302               MPLS MN 55480-9188




52  UNITED RECOVERY SYSTEMS              53  UPN                                 54  US DEPT OF EDUCATION
    PO BOX 630339                            PO BOX 2489                             CLAIMS FILING UNIT
    HOUSTON TX 77263-0339                    WHITE CITY OREGON 97503-0489            PO BOX 8973
                                                                                     MADISON WI 53708-8973
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
55  US TRUSTEE                    56  VIVERANT                       57  WELLS FARGO BANK
 1015 US COURTHOUSE                 7815 3RD ST M SUITE 203             PO BOX 14517
 300 S 4TH ST                       OAKDALE MN 55128-5443               DES MOINES IOWA 50306-3517
 MINNEAPOLIS MN 55415-3070


58  WELLS FARGO BANK NV           59  WELLS FARGO BANK NA            60  WELLS FARGO CARD SERVICES
 PO BOX 3117                        PO BOX 10438                        1 HOME CAMPUS 3RD FLOOR
 WINSTON SALEM NC 27102-3117        MAC- X2505-036                      DES MOINES IA 50328-0001
                                    DES MOINES IA 50306-0438


DEBTOR
61  ALLEN MIDDLETON                62  CHRISTINE MIDDLETON            63  GREGORY A BURRELL
 3912 MONTEREY AVE                   3912 MONTEREY AVE                   100 SOUTH FIFTH STREET
 ST LOUIS PARK MN 55416-5052         ST LOUIS PARK MN 55416-5052         SUITE 480
                                                                        MINNEAPOLIS MN 55402-1250


64  LAURI ANN SCHMID
 14985 GLAZIER AVENUE
 SUITE 525
 APPLE VALLEY MN 55124-7822
```

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

ALLEN MIDDLETON
CHRISTINE MIDDLETON
Debtor(s).

Case No. 14-43048

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☑ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. [Individual debtors only] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: May 3, 2017

X _____
Signature of Debtor1 or Authorized
Representative

X _____
Signature of Debtor 2

ALLEN MIDDLETON
Printed Name of Debtor 1 or
Authorized Representative

CHRISTINE MIDDLETON
Printed Name of Debtor 2